**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**NOEL DEAN (#309740)**                                                                                           **CIVIL ACTION**

**VERSUS**

**HOWARD PRINCE, WARDEN, ET AL.**                                                                **NO. 09-0377-RET-CN**

<u>**NOTICE**</u>

    Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the United States District Court.

    In accordance with 28 U.S.C. § 636(b)(1), you have fourteen (14) days after being served with the attached Report to file written objections to the proposed findings of fact, conclusions of law and recommendations therein.  Failure to file written objections to the proposed findings, conclusions, and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions of the Magistrate Judge which have been accepted by the District Court.

    ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

    Signed in chambers in Baton Rouge, Louisiana, March 25, 2010.

                                         **MAGISTRATE JUDGE CHRISTINE NOLAND**

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**NOEL DEAN (#309740)**                                              **CIVIL ACTION**

**VERSUS**

**HOWARD PRINCE, WARDEN, ET AL.**                                    **NO. 09-0377-RET-CN**

### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This matter is before the Court on the Order to the plaintiff to pay, within twenty (20) days, the full amount of the Court's filing fee. Rec.doc.no. 21.

On February 18, 2010, the Court revoked the prior grant of in forma pauperis status to the plaintiff and ordered him to pay, within 20 days, the full amount of the Court's filing fee. Rec.doc.no. 21. The plaintiff was placed on notice that a failure to timely comply with the Court's Order, "shall result in the dismissal of this proceeding without further notice from the Court." Id.

The plaintiff previously commenced a civil action in this Court asserting the identical claim against the same defendants. See Noel Dean v. Howard prince, et al., Civil Action No. 09-0117-FJP-DLD. The Court dismissed that prior proceeding for failure of the plaintiff to exhaust administrative remedies pursuant to 42 U.S.C. § 1997e. The Order of dismissal in that case specifically provided that the dismissal was "with prejudice to refiling ... in forma pauperis", relying upon Underwood v.

Wilson, 151 F.3d 292 (5th Cir. 1998).[1]  Accordingly, the plaintiff is precluded from proceeding in forma pauperis in this case.

Although the Court initially granted the plaintiff leave to proceed in forma pauperis, the Court has now revoked that leave and, in reliance upon the Order entered in the prior case, denied the plaintiff in forma pauperis status and directed him to pay the full amount of the Court's filing fee.  See rec.doc.no. 21.  A review of the record by the Court now reflects that the plaintiff has failed to comply with the Court's Order in this regard.  Accordingly, the plaintiff's action should be dismissed as a result of his failure to pay the Court's filing fee.

## RECOMMENDATION

It is recommended that the plaintiff's Complaint be dismissed, without prejudice, for failure to pay the Court's filing fee.  It is further recommended that the plaintiff's pending Motion for Default Judgment, rec.doc.no. 17, be denied as moot.

Signed in chambers in Baton Rouge, Louisiana, March 25, 2010.

_____
**MAGISTRATE JUDGE CHRISTINE NOLAND**

---

[1]  In Underwood, the court upheld a lower court's ruling which dismissed a prisoner's claim for failure to exhaust administrative remedies and made such dismissal with prejudice "for purposes of proceeding in an in forma pauperis proceeding."

3