UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

NOEL DEAN (#309740)

VERSUS

HOWARD PRINCE, WARDEN, ET AL.

CIVIL ACTION

NO. 09-377-C

## RULING

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated March 25, 2010, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the plaintiff's Complaint will be dismissed, without prejudice, for failure to pay the Court's filing fee.

Further, the plaintiff's pending Motion for Default Judgment, rec.doc.no.17, is denied as moot.

Baton Rouge, Louisiana, ~~May~~ June 11, 2010.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA